IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-05-356-S(8) |
| | § | |
| KHALID ZIA SIDDIQUI | § | |

## ORDER OF DETENTION PENDING TRIAL

On June 30, 2009, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which the maximum term of imprisonment is twenty years in prison pursuant to 18 U.S.C. § 1956 as well as a potentially large fine.

(2) Defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Reports dated May 28, 2009, May 29, 2009, and June 29, 2009; Defendant's Exhibits A-L; and testimony by Mike Sethi, Dr. Munir Ahmad, and Agent David Troutman are adopted.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of

a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 1st day of July 2009.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE